No. 92–1041.  TRIGG, SUPERINTENDENT, INDIANA YOUTH CENTER *v.* FORBES.  C. A. 7th Cir.  Motion of respondent for leave

to proceed *in forma pauperis* granted. Certiorari denied. ■